UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason H., | No. 21-cv-174 (KMM/ECW) |
| Plaintiff, | |
| | ORDER |
| v. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright, dated May 19, 2022. The R&R recommends that Plaintiff's Motion for Summary Judgment [ECF No. 20] be denied, and that Defendant's Motion for Summary Judgment [ECF No. 22] be granted. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 536 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED:

1. The R&R [ECF No. 25] is **ACCEPTED**;
2. Plaintiff's Motion for Summary Judgment [ECF No. 20] is **DENIED**;

3.  Defendant's Motion for Summary Judgment [ECF No. 22] is **GRANTED**; and

4.  This case is **DISMSISED WITH PREJUDICE**.

    **Let Judgment Be Entered Accordingly.**

Date: **June 22, 2022**                                *s/ Katherine M. Menendez*
                                                      Katherine M. Menendez
                                                      United States District Judge